COUNTY OF BROOME, Appellant, *v.* SPENCER E. BATES et al., Constituting the State Tax Commission, Respondents.

Argued November 17, 1950; decided January 11, 1951.

*Charles P. O'Brien, County Attorney,* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Kent H. Brown* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.